

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00275-CR

Antwaine S. **BANKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2540
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 10, 2023.

_____
Patricia O. Alvarez, Justice